DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MELANIE LYNN MILNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00092 DLB |
| *Plaintiff,* | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| v. | |
| MELANIE LYNN MILNE, | |
| *Defendant.* | |

  Pursuant to Fed. R. Crim. P. 43(b)(2)&(3), Defendant, Melanie Milne, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

  Specifically, Ms. Milne understands that she has the right to appear in person in the Eastern District of California at arraignment, plea and sentencing. Pursuant to Fed. R. Crim. P. 43(b)(2), Ms. Milne waives the right to be personally present in the Eastern District of California, and requests that arraignment, plea and sentencing be conducted by video teleconferencing.

DATED: December 14, 2011      /s/ Melanie Lynn Milne
MELANIE LYNN MILNE

DATED:  December 14, 2011      /s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Melanie Lynn Milne

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order, and that Defendant's arraignment, plea and sentencing may occur by video teleconferencing.

IT IS SO ORDERED.

Dated:   **December 14, 2011**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Waiver of Defendant's Personal Presence;
Order Thereon                    −2−